**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Yonatan T.G.H.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; and Sheriff Joel Brott, *in his official capacity as Sheriff of Sherburne County*,

Respondents.

Civ. No. 26-4585 (JWB/JFD)

**ORDER FOR RESPONSE AND ENJOINING REMOVAL FROM THE STATE**

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Yonatan T.G.H.'s Petition for Writ of Habeas Corpus (Doc. No. 1) on or before **October 27, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

d. Respondents' answer shall address whether the legal issues presented in this case—regarding the source of detention authority and the lawfulness of continued custody—are materially different from those addressed in *Heriberto R.E.*, Civ. No. 26-2227 (JWB/LIB), Doc. No. 12 (D. Minn. May 1, 2026), *Jaime A.H.C.*, Civ. No. 26-2600 (JWB/DJF), Doc. No. 8 (D. Minn. May 27, 2026), *Carlos F.P.P.*, Civ. No. 26-3123 (JWB/JFD), Doc. No. 14 (D. Minn. Sept. 21, 2026), and *Richard E.N.B.*, Civ. No. 26-2972 (JWB/LIB), Doc. No. 20 (D. Minn. Oct. 20, 2026), and if so, explain how.

e. Respondents' answer shall address whether they have complied with the preliminary injunction issued on March 26, 2026, in *Advocates for Human Rights v. U.S. Dep't of Homeland Security*, Civ. No. 26-749 (NEB/DLM), Doc. No. 178.

f. Failure to substantively comply with this Order may result in a finding that Respondents have waived their answer.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so on or before **October 29, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by court order.

**IT IS FURTHER ORDERED** that:

As ordered in Doc. No. 5, Respondents—along with their officers, agents, employees, and all persons acting in concert with them—shall not remove, transfer, or

otherwise facilitate the removal of Petitioner from the jurisdiction of the United States District Court for the District of Minnesota pending further order of this Court. If Petitioner has been removed from the District of Minnesota, Respondents must immediately return Petitioner.

Date: October 23, 2026
Time: 8:33 a.m.

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge